UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2013 NOV 26 AM 9: 56

CLERK

BY _____
DEPUTY CLERK

EDWARD J. DAVIS & SONS CORP. )
d/b/a ED DAVIS AUTOS & RV'S, )
   Plaintiff, )
          )
v.         )   Civil Action No. 5:13-cv-286
          )
UNIVERSAL UNDERWRITERS )
INSURANCE CO. and ZURICH )
INSURANCE CO., )
   Defendants. )

## STIPULATION FOR DISMISSAL
## OF ZURICH INSURANCE COMPANY

NOW COMES plaintiff, Edward J. Davis & Sons Corp. d/b/a Ed Davis Autos & RV's, by and through its counsel, and hereby stipulates that its claim against defendant Zurich Insurance Company may be dismissed. The claim against defendant Universal Underwriters Insurance Company will still go forward.

DATED at Rutland, Vermont, this ___ day of November, 2013.

          EDWARD J. DAVIS & SONS CORP.
          d/b/a ED DAVIS AUTOS & RV'S

       By: _____
         Thomas C. Bixby, Esq.

SO ORDERED at _Rutland_, Vermont, this 25th day of _November_, 2013.

       By: _____
         United States District Court Judge