UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| EDWARD J. DAVIS & SONS CORP.<br>d/b/a ED DAVIS AUTOS & RV'S,<br>  Plaintiff,<br><br>  v.<br><br>UNIVERSAL UNDERWRITERS<br>INSURANCE CO., individually and as<br>subrogee of HERITAGE FAMILY<br>FEDERAL CREDIT UNION,<br>  Defendant, Third-Party<br>  Plaintiff.<br><br>  v.<br><br>EDWARD J. DAVIS and TAMMY<br>DAVIS,<br>  Third-Party Defendants | Civil Action No. 5:13-cv-286 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff EDWARD J.

DAVIS & SONS CORP. d/b/a ED DAVIS AUTOS & RV'S, Defendant / Third-Party Plaintiff

UNIVERSAL UNDERWRITERS INSURANCE CO., individually and as subrogee of

HERITAGE FAMILY FEDERAL CREDIT UNION, and Third-Party Defendants EDWARD J.

DAVIS and TAMMY DAVIS, by their respective attorneys, that, pursuant to Fed. R. Civ. P.

41(a)(ii), the above-captioned action (Case No. 5:13-cv-286-cr) including all claims, cross-

claims, third-party claims, and counterclaims is hereby dismissed, with prejudice, each party to

bear their own respective costs and fees.

Dated: May 5, 2017
    New York, New York

for plaintiff **EDWARD J. DAVIS & SONS CORP. d/b/a
ED DAVIS AUTOS & RV'S, and Third-Party
Defendants EDWARD J. DAVIS and TAMMY DAVIS**

4/28/2017

James G. Levins, III, Esq.
**Tepper Dardeck Levins & Fitzsimons, LLP**
73 Center Street
Rutland, VT 05701
T: 802-775-4361
jlevins@tdlmlaw.com

for defendant **Universal Underwriters Insurance Company**

Jared T. Greisman, Esq.
**White Fleischner & Fino, LLP**
61 Broadway
New York, NY 10006
T:  (212) 487-9700
jgreisman@wff-law.com

Thomas P. Simon, Esq.
**McCormick, Fitzpatrick, Kasper & Burchard, P.C.**
40 George Street
P.O. Box 638
Burlington, VT 05402-0638
T: (802) 865-9747
tps@mc-fitz.com